■ CARMEN CABLE, Respondent, v IBM CORPORATION et al., Appellants. — Order of the Supreme Court, Dutchess County (Edelstein, J.), entered November 24, 1983, affirmed, with costs (see *Thompson v Maimonides Med. Center*, 86 AD2d 867). Thompson, J. P., Bracken, Brown and Rubin, JJ., concur.

■ JOSEPH CARLTON, Respondent, v WILLIAMSBURGH SAVINGS BANK, Appellant. — In a negligence action to recover damages for property loss, defendant appeals from a judgment of the Supreme Court, Kings County (Shaw, J.), entered December 2, 1983, which, upon a jury verdict, was in favor of plaintiff.

Judgment affirmed, with costs.

The verdict was not against the weight of the evidence (see *Cohen v Hallmark Cards*, 45 NY2d 493, 499), nor was the verdict excessive (see *Juiditta v Bethlehem Steel Corp.*, 75 AD2d 126).

We have considered defendant's other contentions and find them to be without merit. O'Connor, J. P., Weinstein, Lawrence and Eiber, JJ., concur.